JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

TAREK J. HELOU (CABN 218225)
Assistant United States Attorney

   450 Golden Gate Ave., Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7200
   Fax: (415) 436-7234
   E-Mail: Tarek.J.Helou@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>    Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> WILLIAM HENRY VIVAS, ) <br> ) <br>    Defendant. ) <br> ) | No. CR 08-212 JSW <br><br> [PROPOSED] ORDER EXCLUDING TIME FROM MARCH 19, 2009 THROUGH APRIL 9, 2009 |

     The defendant, WILLIAM HENRY VIVAS, represented by Susan Raffanti, and the government, represented by Tarek J. Helou, appeared before the Court on March 19, 2009 for a status conference in district court. Defense counsel represented that she needed additional time to investigate the case and requested a continuance of the matter.

     The matter was continued to April 9, 2009 at 2:30 p.m. for a change of plea hearing or to set further proceedings. Counsel for the defendant requested that time be excluded under the Speedy Trial Act from March 19, 2009 through April 9, 2009 because she needed the remaining period of time to review the discovery and to conduct necessary investigation. The government stated it had no objection to excluding time.

[PROPOSED] ORDER EXCLUDING TIME
Case No. CR 08-212 JSW

1  Based upon the representation of counsel and for good cause shown, the Court finds that
2  failing to exclude the time from March 19, 2009 through April 9, 2009 would unreasonably deny
3  the defendant the reasonable time necessary for effective preparation of his counsel, taking into
4  account the exercise of due diligence. 18 U.S.C. § 3161(h)(8)(B)(iv). The Court further finds
5  that the ends of justice served by excluding the time from March 19, 2009 through April 9, 2009
6  from computation under the Speedy Trial Act outweigh the best interests of the public and the
7  defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time from March 19,
8  2009 through April 9, 2009 shall be excluded from computation under the Speedy Trial Act. 18
9  U.S.C. § 3161(h)(8)(A) and (B)(iv).

12  DATED: March 25, 2009

_____
THE HON. JEFFREY S. WHITE
United States District Judge